United States District Court
Southern District of Texas
**ENTERED**
September 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MELANIE MEZA, | § |
| Plaintiff, | § § § |
| VS. | §  CIVIL ACTION NO. 4:21-CV-01536 |
| KILOLO KIJAKAZI, *et al.*, | § § § |
| Defendants. | § |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on August 30, 2022. Doc. #22. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, Defendant's Motion for Summary Judgment (Doc. #18) is GRANTED, Plaintiff's Motion for Summary Judgment (Doc. #17) is DENIED, and the administrative law judge's decision is AFFIRMED.

It is so ORDERED.

SEP 1 6 2022
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge